

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUL 20 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

SCOTT LOUIS PANETTI,
          Petitioner,

-vs-                                         Case No. A-04-CA-042-SS

DOUG DRETKE, Director, Texas Department of
Criminal Justice, Institutional Division,
          Respondent.

## ORDER

BE IT REMEMBERED on the 20th day of July 2004 the Court reviewed the file in the above-styled cause, and specifically Petitioner's Motion for Discovery [#18]. Having considered the motion, the Court now enters the following orders:

IT IS ORDERED that Petitioner's Motion for Discovery [#18] is GRANTED and the Clerk is instructed to issue, at Petitioner's request, subpoenas ordering each of the following entities to produce the following documents:

    (1)    The Texas Department of Criminal Justice ("TDCJ"): all records, documents, memoranda, and writings from September 25, 1995 to the present, including by not limited to the inmate file, in possession custody or control of TDCJ, pertaining in any matter to Scott Louis Panetti, including his medical, psychological, and psychiatric records.

    (2)    Gillespie County, Kerry County, and Bell County Jails ("the Jails"): all records, documents, memoranda, and writings in the Jails' possession, custody or control pertaining to Scott Louis Panetti, including but not limited to medical, psychological, and psychiatric records, disciplinary records, and records related to his classification and status in the Jails from the time of his arrest for capital murder until he was transferred to TDCJ after his conviction and sentence.



SIGNED this the 20th day of July 2004.

                                       _/s/ Sam Sparks_
                                       SAM SPARKS
                                       UNITED STATES DISTRICT JUDGE