FILED

DEC 1 5 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

SCOTT LOUIS PANETTI,
   Petitioner    §
           §
V.         §   Case No. A-04-CA-042-SS
           §
DOUG DRETKE, Director,  §
Texas Department of Criminal §
Justice, Institutional Division, §
   Respondent.   §

## SEALED, EX PARTE MOTION FOR AUTHORIZATION
## OF ADDITIONAL FUNDS FOR EXPERTS

In its Order dated July 20, 2004, this Court authorized the Petitioner to retain an expert at the maximum rate of $100.00 per hour and incur up to $1,000.00 of expert services. This Court instructed the Petitioner to file a motion justifying why the Petitioner needed additional funds for expert services. This Court ordered the Petitioner to obtain and file with the Court an itemized accounting from the expert of what services were provided and the amount of time expended by the expert. A total of four experts testified for the Petitioner at the Ford hearing. In support of this motion for additional funds for expert services, the Petitioner shows as follows:

I.

Dr. Mary Alice Conroy was retained by the Petitioner since she resided in Huntsville, Texas and would not incur significant expenses in traveling to death row to examine the Petitioner for the Ford hearing. Dr. Conroy's accounting is attached to this motion as Exhibit A. Dr. Conroy incurred a total of $2097.00 for her testimony, services, and expenses at her normal hourly rates. At a $100.00 hourly rate, she incurred a total of $2147.00 for her services and expenses. The Petitioner

48

respectfully requests that Dr. Conroy be reimbursed a total of $2097.00 for her services and expenses. In the alternative, the Petitioner respectfully requests that Dr. Conroy be paid the $1000.00 authorized by this Court for expert services in this cause. Her address is on her bill at Exhibit A.

## II.

Dr. Seth Silverman traveled to death row to examine the Petitioner for the Ford hearing and traveled to Austin, Texas and testified at the hearing, so the Court is aware of his services. Dr. Silverman's accounting is attached to this motion as Exhibit B. Dr. Silverman incurred a total of $14,817.60 for his testimony, services, and expenses at his normal hourly rates. The Petitioner respectfully requests that Dr. Silverman be reimbursed by whatever amount this Court deems proper for his services in this cause.

## III.

Dr. Susana Rosin traveled to death row to examine the Petitioner for the Ford hearing and traveled to Austin, Texas and testified at the hearing, so the Court is aware of her services. Dr. Rosin's accounting is attached to this motion as Exhibit C. Dr. Rosin incurred a total of $7000.00 for her testimony, services, and expenses at her normal hourly rates. The Petitioner respectfully requests that Dr. Rosin be reimbursed by whatever amount this Court deems proper for her services in this cause.

## IV.

Dr. Mark Cunningham reviewed records of the Petitioner and reports of the Respondent's experts for the Ford hearing and traveled to Austin, Texas and testified at the hearing, so the Court is aware of his services. Dr. Cunningham's accounting is attached to this motion as Exhibit D. Dr. Cunningham incurred a total of $10,148.18 for his testimony, services, and expenses at his normal

hourly rates.  The Petitioner respectfully requests that Dr. Cunningham be reimbursed by whatever amount this Court deems proper for his services in this cause.

WHEREFORE, PREMISES CONSIDERED, the Petitioner respectfully prays that this Court order a payment to Dr. Mary Alice Conroy in the amount of $2097.00 or, in the alternative, in the amount of $1000.00 for her services as the retained expert in this cause; and payments to Drs. Silverman, Rosin, and Cunningham in amounts deemed reasonable by this Court for their services in this cause.

Respectfully submitted,

Michael C. Gross
State Bar No. 08534480
106 South St. Mary's Street, Suite 260
San Antonio, Texas 78205
(210) 354-1919
(210) 354-1920 (Fax)

Keith S. Hampton
1103 Nueces Street
Austin, Texas 78701
(512) 476-8484
(512) 476-0953 (Fax)

COUNSEL FOR THE PETITIONER,
SCOTT PANETTI

## CERTIFICATE OF SERVICE

This motion was not served upon counsel for Respondent, Tina J. Dettmer, because of its confidential nature and Counsel for the Petitioner's request that the motion be received and decided ex parte.

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**SCOTT LOUIS PANETTI,**
           **Petitioner**                       §
                                                §
**V.**                                          §          **Case No. A-04-CA-042-SS**
                                                §
**DOUG DRETKE, Director,**                      §
**Texas Department of Criminal**                §
**Justice, Institutional Division,**            §
           **Respondent.**                      §

### ORDER

The Sealed, Ex parte Motion for Authorization of Additional Funds for Experts is granted as

follows:

1.     Dr. Mary Alice Conroy is to be paid $_____ for her services in this cause;

2.     Dr. Seth Silverman is to be paid $_____ for his services in this cause;

3.     Dr. Susana Rosin is to be paid $_____ for her services in this cause; and

4.     Dr. Mark Cunningham is to be paid $_____ for his services in this cause.

SIGNED ON THIS \_\_\_\_ day of _____, 200\_\_.


_____
        JUDGE PRESIDING

# Mary Alice Conroy, Ph.D.

Diplomate in Forensic Psychology
American Board of Professional Psychology

## FINANCIAL STATEMENT

Services: Execution Competence Evaluation
      Re: Scott Panetti

For: Michael C. Gross
    Attorney at Law

Dates: August 23–September 7, 2004

Summary of forensic psychology services:

| | |
|---|---|
| Attorney Consultation (telephone), 2 hrs. @ $150/hr. | $ 300.00 |
| Court time (9/7/04), 2 hrs. @$150/hr. | 300.00 |
| Interview of defendant/time spent at | |
|    Polunsky Unit, 6 hrs. @$150/hr. | 600.00 |
| Record review, 10 hrs. @ $75/hr. | 750.00 |

Travel:

| | |
|---|---|
| Round trip Huntsville to Livingston, 8/26/04 & 8/30/04, | |
|       94 miles @ $.35/mile | 32.90 |
| Round trip Huntsville to Austin, 9/7/04, | |
|       326 miles @ $.35/mile | 114.10 |

                      Total:    $2097.00

*12/3/04*
*Second Billing*

*Mary Alice Conroy, PhD*
Mary Alice Conroy, Ph.D.
Diplomate in Forensic Psychology
American Board of Professional Psychology
Tax ID: 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

**EXHIBIT A**

# Seth W. Silverman, M.D., P.A.
## Board Certified in
## Adult, Adolescent, Addiction, and Forensic Psychiatry

September 15, 2004

Michael C. Gross
106 S. St. Mary's, Suite 260
San Antonio, TX 78205

Re:    Scott Panetti                        Invoice: 0904-7

| Date | Description | Amount |
|------|-------------|--------|
| 8/26/04 | Commutation Houston-Austin-Houston | $1,800.00 |
| | 375 miles @ $0.36/mile | $135.00 |
| | Meeting with Keith Hampton at the Federal Defender Office in Austin, TX (2.25 hours @ $300.00/hour) | $675.00 |
| | Review of materials (2.25 hours @ $300.00/hour) | $675.00 |
| 9/1/04 | Research and review of information (5.25 hours @ $300.00/hour) | $1,575.00 |
| 9/2/04 | Research and review of information (5.5 hours @ $300.00/hour) | $1,650.00 |
| 9/3/04 | Research and review of information (4.5 hours @ $300.00/hour) | $1,350.00 |
| | Commutation Houston-Death Row, Livingston-Houston (160 miles @ $0.36/mile) | $57.60 |
| | (3 hours @ $300.00/hour) | $900.00 |

5300 Memorial Drive, Suite 512 • Houston, Texas 77007
Phone 713.528.1188 • Fax 713.522.5764
silvermanpa@aol.com

**EXHIBIT B**

Michael C. Gross
Re:  Scott Panetti
Page 2

| Date | Description | Amount |
|---|---|---|
| 9/3/04 | Time spent waiting in the Polunsky Unit for Lt. Teri Hill to respond to this examiner's request that she be interviewed prior to the time that she was scheduled to testify at Mr. Panetti's competence to be executed hearing.  She reported that she would agree to be interviewed if given a release by her supervisor, and only if this examiner "worked for the prosecution."  Lt. Hill was then requested by this examiner to call her supervisor, Captain Miller, to relay this examiner's request that both she and Captain Miller agree to be interviewed. Thirty minutes later a message was relayed to this examiner that both parties could only be interviewed the day of the trial. | $150.00 |
| | Forensic psychiatric interview of Scott Panetti In the Attorney's booth in the Polunsky Unit (2.5 hours @ $300.00/hour) | $750.00 |
| 9/3/04 | Forensic telephone interview of Ms. Panetti (.25 hours @ $300.00/hour) | $75.00 |
| | Forensic psychiatric interview of Kristi Couvillon, intern at The Texas Defender Group during the summer of 2004.  Of note, she assisted with the preparation of Mr. Panetti's trial and visited him on two occasions. | $375.00 |
| | Forensic telephone interview of Karen Ehrhard, Swiss girlfriend of Mr. Panetti. (1.25 hours @ $300.00/hour) | |
| 9/4/04 | Review of information and research (.5 hours @ $300.00/hour) | $150.00 |
| 9/5/04 | Review of information and research (.75 hours @ $300.00/hour) | $225.00 |
| | Telephone conferences with defense counsel (2.5 hour @ $300.00/hour) | $750.00 |
| 9/6/04 | Review of information (1.75 hours @ $300.00/hour) | $525.00 |

Michael C. Gross
Re: Scott Panetti
Page 3

| 9/7/04 | Commutation | $3,000.00 |
|--------|-------------|-----------|

Houston – Austin – Houston (by car)
Testimony and time spent observing in court
(15 hours @ $300.00/hour)
(Maximum charge-24 hours @ $300.00/hour)

TOTAL AMOUNT DUE =        <u>$14.817.60</u>

PLEASE SEND PAYMENT TO:        SETH W. SILVERMAN, M.D.
5300 MEMORIAL DR., SUITE 510
HOUSTON, TX 77007
TAX ID #76-0308036

**EXHIBIT B**

**SUSANA A. ROSIN, PH.D.**
CLINICAL PSYCHOLOGIST
3730 KIRBY DR., SUITE 825
HOUSTON, TEXAS 77098
—
TELEPHONE (713) 523-0000

## STATEMENT

September 8, 2004

Mr. Michael C. Gross
Attorney at Law
106 S. St. Mary's, Suite 260
San Antonio, Texas 78205

Re: Scott Panetti

Dr. Rosin's tax ID#: 76-0293756

| SERVICE | DATE | AMOUNT DUE |
|---|---|---|
| Review of Documents provided (6 hrs @ $250.00) | 08-26-2004 | $1500.00 |
| Literature search at request of Mr. Keith Hampton (3 hrs @ $250.00/hr) | 08-29-2004 | $750.00 |
| Interview with Mr. Pannetti (9 hrs. @ $250.00/hr) Including travel time | 09-01-2004 | $2,250.00 |
| Court Appearance (10 hrs @ $250.00/hr) Including travel time | 09-07-2004 | $2,500.00 |
| **Total Amount Due:** | | **$7,000.00** |

**EXHIBIT C**

**Mark D. Cunningham, Ph.D., ABPP**

417 Oak Bend, Suite 260
Lewisville, TX 75067

972 459 0656

Invoice submitted to:
Michael C. Gross
106 S. St. Mary's
Ste. 260
San Antonio TX 78205

September 10, 2004

In Reference To: Scott Louis Panetti v. Doug Dretke,  No. A-04-CA-042-SS, In the
U.S. District Court, Western District of Texas, Austin Division

Invoice # 10194

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 9/4/2004 | Review of report of Drs. Parker and Armstrong, review of interview notes of Drs. Parker and Armstrong, review of capital offense reports, review of past psychiatric reports, review of recent correspondence to family and pen pals, review of TDCJ psychiatric records. (2 hours, 15 minutes) | 240.00/hr | 540.00 |
| | Review of transcript of competency hearing, review of affidavits of standby counsel and trial observers. (2 hours, 10 minutes) | 240.00/hr | 520.00 |
| 9/6/2004 | Retrieval and review of records. (40 minutes) | 240.00/hr | 160.00 |
| | Review of interview notes and records, telephone conference with Keith Hampton. (1 hour, 15 minutes) | 240.00/hr | 300.00 |
| 9/7/2004 | Prepare files and materials for travel and testimony, to airport, checkin, review of psychiatric records in route, land Austin, to federal court, conference with Keith Hampton and Michael Gross, standby for hearing, observe expert and correctional officer testimony regarding competency for execution, consult with counsel for Scott Panetti during breaks. (12 hours, 15 minutes) | 240.00/hr | 2,940.00 |
| | Telephone conferences with Keith Hampton, reschedule travel for rebuttal testimony availability tomorrow. (40 minutes) | 240.00/hr | 160.00 |
| | Telephone interviews of Kristi Couvillon, MSW and Shelli Schade, MSW, review of social worker interview notes with Scott Panetti. (1 hour) | 240.00/hr | 240.00 |
| 9/8/2004 | To federal court, review of interviews and records in preparation of rebuttal testimony, conference with counsel for Mr. Panetti, observe hearing proceedings and testimony of Dr. Mary Anderson, testimony on direct, standby at noon break, resume the witness stand for cross examination, to airport, return travel to Dallas. (9 hours, 50 minutes) | 240.00/hr | 2,360.00 |

Michael C. Gross

| | | Rate | Amount |
|---|---|---|---|
| 9/8/2004 | For work done on February 3, 2004:  Travel to Livingston, Texas to evaluate Scott Panetti.  Interview of family members, consultation with attorneys, return travel, preparation of report.  (10 hours) | 240.00/hr | 2,400.00 |
| 9/5/2004 | Telephone conference with Keith Hampton, review of transcript of competency to stand trial hearing, telephone conference with Keith Hampton. (1 hour, 30 minutes) | 240.00/hr | 360.00 |
| | **For professional services rendered** | | **$9,980.00** |
| | Additional Charges : | | |
| 9/8/2004 | Parking fees during travel on September 7-8, 2004 to Austin, Texas.  (Receipt attached) | | 22.00 |
| | Car rental for travel on September 7-8, 2004 to Austin, Texas.  (Receipt attached) | | 104.13 |
| | Meals for travel on September 7-8, 2004 to Austin, Texas.  (Receipt attached) | | 42.05 |
| | **Total costs** | | **$168.18** |
| | **Total amount of this bill** | | **$10,148.18** |
| | Balance due | | $10,148.18 |

**EXHIBIT D**

**admin**

| | |
|---|---|
| From: | Customerservice@nationalcar.com |
| Sent: | Wednesday, September 08, 2004 2:17 PM |
| To: | ADMIN@MARKDCUNNINGHAM.COM |
| Subject: | National Rental Agreement 507001567 |

— PANETTI

Below is the requested rental agreement receipt from National Car Rental.

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Rental Agreement #: 507001567
Invoice #: 9499071
Contract #: 5007125

Renter Name:    MARK D CUNNINGHAM
Renter Address: 2613 QUEEN MARGARET
                417 OAKBEND DR #ST260
                LEWISVILLE, TX 750676677
                US

------------------------------------------------------------------
Rental Location:

Pickup Date: 07-SEP-2004

Pickup Location: AUSTIN BERGSTROM INTL ARPT
                 AUSTIN BERGSTROM INTL ARPT
                 3600 PRESIDENTIAL BLVD STE # 108
                 AUSTIN, TX 78719
                 US

Return Date: 08-SEP-2004

Return Location: AUSTIN BERGSTROM INTL ARPT
                 AUSTIN BERGSTROM INTL ARPT
                 3600 PRESIDENTIAL BLVD STE # 108
                 AUSTIN, TX 78719
                 US

------------------------------------------------------------------
Vehicle Info:

Model: IMPALA
License Number: Y75YMX
State/Province: TX

Vehicle Class Driven: Full Size 2/4 Door Car Auto A/C

Vehicle Class Charged: Intermediate 2/4 Door Car Auto A/C

Miles/Kms Driven: 57.00
Miles/Kms Out: 2522.00
Miles/Kms In: 2579.00

------------------------------------------------------------------
Charges:

| | | | | |
|---|---|---|---|---|
| TIME & DISTANCE | 2  DAY | @ | 41.95 | 83.90 |
| DISCOUNT | | | | -9.23 |
| RNTL CAR FACILITY FEE 1.95 USD/DY | | | | 3.90 |
| CONCESSION RECOUP FEE 11.11 PCT | | | | 8.76 |
| AUSTIN EVENTS CENTER PROJ 5 PCT | | | | 3.73 |
| PROP.TAX LIC/TITLE FEE 2.09USD/DY | | | | 4.18 |

**EXHIBIT D**

1

```
MOTOR VEHICLE RENTAL TAX  (10.00%)                    8.76
FFTXRSU                                               0.13
                                                     ------
Total Charges   (USD)                                104.13
```

-----------------------------------------------------------------

Payment:

American Express    4004    08-SEP-2004
American Express    4004    08-SEP-2004

-----------------------------------------------------------------

Frequent Flyer:

Frequent Flyer credit has been sent to AMERICAN AADVANTAGE for program number 2430KX8

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Subject to audit.

Please do not reply directly to this email. If you have a question or comment regarding
your rental agreement please send it to customerservice@nationalcar.com



$= \$22.00$

# N A T I O N A L
# C A R   R E N T A L

RA 507001567          Inv 9499071
Rental   07-SEP-2004 08:10 AM
AUSTIN BERGSTROM INTL ARPT
Return   08-SEP-2004 02:25 PM
AUSTIN BERGSTROM INTL ARPT

MARK D CUNNINGHAM
Vehicle # 69133113
Model    IMPALA
Class Driven FCAR     Class Charged ICAR
License# Y75YMX       State/Province  TX
M/Kms Driven  57
M/Kms Out   2522
M/Kms In    2579

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 2 Days | 41.95 | 83.90* |
| UNLIK M/KM | 0 M/Kms | | 0.00* |
| DSCNT T&M 11.00% | | | -9.23* |
| RENTAL CAR FACILITY FEE | | | 3.90 |
| CONCESSION RECOUP FEE | | | 8.76* |
| AUSTIN EVENTS CNTR PROJ | | | 3.73 |
| PROP.TAX LIC/TITLE FEE | | | 4.18* |
| MTR VEH RNT TAX @10.000 % | | | 8.76 |
| FFTXRSU | | | 0.13 |

Total Charges          USD 104.13

Paid By    AMEX 4004        -104.13

Amount Due             USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 575576890
Frequent Flyer 2430KX8 Credit to AMERICAN
FFTXRSU is a recoupment of tax on
Frequent Flier miles earned
Custo                          3334

EXHIBITED

00014

**VESPAIO**

(512) 441-6100

SERVER: ANNE
CHECK #A2000          TABLE: 42
DATE: 09-07-04      TIME: 05:44PM

Merchant # 1422474973

Cardmember: MARK D CUNNINGHAM
AMEX  :  **********4004
Exp   :  **/**

Purchases . .$    55.21

Tip . . . .$_____

Total . . .$_____

**✱✱ Guest Copy ✱✱**

#Auth 573032

↓

$30.00

Meals Total $42.05

**VESPAIO**

Check # 2000       Table # 42
Date: 09-07-04
Guests: 3          Time: 06:18PM

1 MARE GRIGLIATA            28.00
1 VERDURE                   17.00
1 GL MULLER THURGAU          6.50
              SUB TOTAL:    51.50
                   TAX:      3.71
         DUE:   **55.21**

Thank you for dining with us!

ANNE

```
** TGI FRIDAY'S  #807 **
       AMERICAN BAR
  DFW AIRPORT  GATE C30
Date:      Sep07'04 06:24AM
Card Type: AMEX
Acct #:    XXXXXXXXXX4004
Exp Date:  09/07
Auth Code: 507366
Check      2339
Table:     12/1
Server:    117 DAWN S

Subtotal:         10.05

TIP        $_2_ __

✓  TOTAL   $_12.05_
                        S

   ** GUEST COPY **
```

**EXHIBIT D**

**Mark D. Cunningham, Ph.D., ABPP**

417 Oak Bend, Suite 260
Lewisville, TX 75067

972 459 0658

Invoice submitted to:
Keith Hampton
1103 Nueces Street
Austin TX 78701

*FYI only*

September 09, 2004

In Reference To: Scott Louis Panetti v. Doug Dretke, No. A-04-CA-042-SS, In the
U.S. District Court, Western District of Texas, Austin Division

Invoice # 10195

Additional Charges :

| | Amount |
|---|---|
| 9/8/2004 Original airticket for travel on September 7, 2004 to Austin, Texas. (Receipt attached) | 210.20 |
| Airticket for later return flight on September 8, 2004 from Austin, Texas. (Receipt attached) | 325.20 |
| Total costs | $535.40 |
| Balance due | $535.40 |

**EXHIBIT D**

# American Airlines PASSENGER RECEIPT

**American Airlines**

27AUG04  
RECORD LOCATOR  
LMBHWH

DFW  
AUS AA 1071 L 07Sep L26D  
DFW AA 1910 L 07Sep L26D

PASSENGER NAME  
CUNNINGHAM/MARK  
DFW AA AUS88.27L28D AA DFW88.27L28D 176.74 END ZPDF  
WAUS XT5.0DAV9.00XFDFW4.5AUS4.5

Get the CITI GOLD AADVANTAGE WORLD  
MASTERCARD and earn 5000 miles!  
Apply Today! Call 1-888-592-5521

| | | NOT VALID FOR TRAVEL |
|---|---|---|
| FARE | 176.74USD | |
| TAX | 13.26US | FOP-TBW*AXxxxxxxxxxxx4004?09/06* |
| TAX | 6.20ZP | 0012133049594 |
| TAX | 14.00XT | DUPLICATE |
| TOTAL | 210.20USD | |

SELF-SERVICE CPN 2341138

*Original airticket: $210.20*

# American Airlines BOARDING PASS

**American Airlines**

PASSENGER NAME  
CUNNINGHAM/MARK

FREQUENT FLYER #  
2430KXB EXP

RECORD LOCATOR  
LMBHWH

BOARDING PASS  
CUNNINGHAM/MARK

FROM:  
DALLAS/ FORT WORTH  
TO:  
AUSTIN

FROM:  
DALLAS/ FORT WORTH  
TO:  
AUSTIN

| FLIGHT | CLASS | DATE | DEPARTS |
|---|---|---|---|
| 1071 | X | 07SEP | 0704A |

| GATE | BOARDING TIME | SEAT |
|---|---|---|
| C36 | 0634A | 5E |

FIRST

FLIGHT  
1071

SEAT  
5E

FIRST

| DATE | CLASS | DEPARTS |
|---|---|---|
| 07SEP | X | 0704A |

ELECTRONIC  
0012133049594

SELF-SERVICE CPN 2341138

**EXHIBIT D**

00017

# AmericanAirlines ● PASSENGER RECEIPT     AmericanAirlines

08SEP04

**PASSENGER NAME**
CUNNINGHAM/MARK
DFW AA AUS83.37L26D AA DFW195.35X26D 283.72 END ZPD
FMAUS XT5.00AY9.00XFDFW4.5AUS4.5

**RECORD LOCATOR**  AUS
LMBHWH  DFW AA 1182 X 08Sep K26D

Get the CITI GOLD AADVANTAGE WORLD
MASTERCARD and earn 5000 miles!
Apply Today! Call 1-888-592-5521

**NOT VALID FOR TRAVEL**

| | |
|---|---|
| FARE | 283.72USD |
| TAX | 21.28US |
| TAX | 6.20ZP |
| TAX | 14.00XT |
| TOTAL | 325.20USD |

FOP-A/C AXxxxxxxxxxxx4004/0906*1
0012133368864

**DUPLICATE**

SELF-SERVICE CPN 2341138

*Airticket for return flight on 9/8*

# AmericanAirlines ● BOARDING PASS     AmericanAirlines

**PASSENGER NAME**
CUNNINGHAM/MARK

**FREQUENT FLYER #**  **RECORD LOCATOR**
2430KX8 EXP  LMBHWH

| FROM: | | FLIGHT | CLASS | DATE | DEPARTS |
|---|---|---|---|---|---|
| AUSTIN | | 1182 | X | 08SEP | 0335P |

**TO:**
DALLAS/ FORT WORTH

| GATE | BOARDING TIME | SEAT |
|---|---|---|
| 13 | 0305P | 5F |

**FIRST**

**ELECTRONIC**

0012133368864

**BOARDING PASS**  AmericanAirlines

**BOARDING PASS**
CUNNINGHAM/MARK

**FROM:**
AUSTIN
**TO:**
DALLAS/ FORT WORTH

| FLIGHT | SEAT |
|---|---|
| 1182 | 5F |

**FIRST**

| DATE | CLASS | DEPARTS |
|---|---|---|
| 08SEP | X | 0335P |

SELF-SERVICE CPN 2341138

**EXHIBIT D**

00018

CJA 21 DEATH PENALTY PROCEEDING   EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER   EXPERT AND OTHER SERVICES (Rev. 1/99)

| 1. CIR/DST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| Scott Louis Panetti | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF.NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | A-04-CA-042-SS | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| Scott Louis Panetti v. Doug Dretke | ☐ Adult Defendant ☐ Appellant ☐ Other ☐ Habeas Petitioner ☐ Appellee | ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital) ☐ D2 Federal Capital Prosecution ☐ D4 Other (Specify) |

| 10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense. |
|---|

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

11. ATTORNEY'S STATEMENT
    As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
    ☐ Authorization to obtain the service. Estimated Compensation and Expenses $ _____     OR
    ☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of _____                                      Date _____

☐ Panel Attorney    ☐ Retained Attorney    ☐ Pro-Se    ☐ Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Telephone Number _____

| 12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions) | 13. TYPE OF SERVICE PROVIDER |
|---|---|
| Please see attached itemization. | 01 ☐ Investigator                   15 ☐ Other Medical<br>02 ☐ Interpreter/Translator       16 ☐ Voice/Audio Analyst<br>03 ☒ Psychologist                 17 ☐ Hair/Fiber Expert<br>04 ☐ Psychiatrist                 18 ☐ Computer (Hardware/<br>05 ☐ Polygraph                        Software/Systems)<br>06 ☐ Documents Examiner           19 ☐ Paralegal Services<br>07 ☐ Fingerprint Analyst          20 ☐ Legal Analyst/Consultant<br>08 ☐ Accountant                   21 ☐ Jury Consultant<br>09 ☐ CALR (Westlaw/Lexis, etc.)   22 ☐ Mitigation Specialist<br>10 ☐ Chemist/Toxicologist         23 ☐ Duplication Services<br>11 ☐ Ballistics                       (See Instructions)<br>12 ☐ Weapons/Firearms/Explosive Expert  34 ☐ Other (Specify)<br>14 ☐ Pathologist/Medical Examiner |

14. COURT ORDER   Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court _____

Date of Order _____   Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES   ☐ NO

15. STAGE OF PROCEEDING   Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION                  HABEAS CORPUS                        OTHER PROCEEDING
a. ☐ Pre-Trial      e. ☐ Appeal        d. ☐ Habeas Petition    E. ☐ Petition for the    L. ☐ Stay of Execution      o. ☐ Other
b. ☐ Trial          f. ☐ Petition for the   h. ☐ Evidentiary Hearing   U.S. Supreme Court   m. ☐ Appeal of Denial of Stay
c. ☐ Sentencing        U.S. Supreme Court   i. ☐ Dispositive Motions   Writ of Certiorari   n. ☐ Petition for Writ of Certiorari to the U.S.
d. ☐ Other Post Trial   Writ of Certiorari   j. ☐ Appeal                                    Supreme Court Regarding Denial of Stay

## CLAIM FOR SERVICES AND EXPENSES                         FOR COURT USE ONLY

| 16. | SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|
| a. Compensation | | 9980.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | 168.18 | | |
| c. Other Expenses | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | $10,148.18 | | |

| 17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS | |
|---|---|
| Mark D. Cunningham, Ph.D. | TIN: 75-1899855 |
| 417 Oak Bend, Suite 260 | |
| Lewisville, TX 76067 | Telephone  972-459-0858 |

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE   2/3/04   TO   9/8/04

CLAIM STATUS   ☒ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of _____ [signature]                                      Date  9/12/04

18. CERTIFICATION OF ATTORNEY   I hereby certify that the services were rendered for his care.

Signature of _____                                      Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained; OR
    ☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

| Signature of Presiding Judicial Officer | Date | Judge/Mag. Judge Code |
|---|---|---|

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
    A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation $.
    B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

| Signature of Chief Judge, Court of Appeals (or Delegate) | Date | Judge Code |
|---|---|---|

## EXHIBIT D

00019

To: Nancy Fay

From: Monica R. Washington

Date: Jan. 4, 2005

Re: 04-70045 - Panetti

       Doc # 50

Doc # 48 will follow under seperate cover.