

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS

William G. Putnicki

501 West 5th Street, Suite 1100
Austin, Texas 78701
512-916-5896

December 1, 2014

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

**FILED**

DEC 1 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____KKC_____
DEPUTY CLERK

**USCA# 14-70037    USDC# 1:04-cv-42-SS**
**In re:** Scott Louis Panetti v. William Stephens

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

X    CERTIFIED RECORD ON APPEAL consisting of:

    3 Boxes of Exhibits

Sincerely,

WILLIAM G. PUTNICKI, Clerk,
Western District of Texas

*Ka Kin Cheng*

Ka Kin Cheng, Deputy Clerk

Enc.

cc: Counsel of record w/o enclosure