# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **SCOTT LOUIS PANETTI,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. A-04-CA-042-RP |
| | § | |
| **LORIE DAVIS, Director,** | § | * DEATH PENALTY CASE * |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Pending before the Court is Petitioner Scott Panetti's Motion to Substitute Co-Counsel (Docket Entry 200). The Court previously appointed attorneys Gregory Wiercioch and Kathryn Kase to represent Petitioner in the instant proceedings. Because Ms. Kase is no longer able to represent Petitioner, Petitioner requests the substitution of the Office of the Federal Public Defender for the Western District of Texas, Capital Habeas Unit (CHU), as co-counsel. Having reviewed the motion, the Court finds that such substitution is warranted.

Accordingly, it is hereby **ORDERED** that Petitioner's Motion to Substitute Co-Counsel, filed March 14, 2018, (Docket Entry 200), is **GRANTED**, and attorney **Tivon Schardl**, the supervising attorney of the Western District of Texas CHU, is appointed as co-counsel for Petitioner herein. Attorney Kathryn Kase will be withdrawn from this matter, and will no longer be notified of related filings in this case.

SIGNED this 4th day of April, 2018.

**ROBERT PITMAN**
**UNITED STATES DISTRICT JUDGE**