UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SCOTT LOUIS PANETTI
    Petitioner

V.

LORIE DAVIS,
Director, Texas Department
of Criminal Justice,
Correctional Institutions
Division
          Respondent.

§
§
§
§
§
§
§
§
§
§
§
§
§

CASE NO. 1:04-CV-00042-RP

\* DEATH PENALTY CASE \*

## ADVISORY ON SUBSEQUENT APPLICATION

Counsel for Petitioner Scott Louis Panetti has filed two pleadings in the Texas Court of Criminal Appeals. He filed a Subsequent Application for Writ of Habeas Corpus, and he filed a Suggestion that the Court, on Its Own Initiative, Reconsider Its Denial of Scott Panetti's Eighth Amendment-*Edwards* Claim in Light of *Calvert*.

Under the procedures set out in this Court's order of October 22, 2018, granting Scott Panetti's unopposed motion to stay the federal proceedings, once Counsel for Scott Panetti has filed the subsequent state habeas application, he must advise the Court every 60 days about the status of the application. DE 208.

The Texas Court of Criminal Appeals has not yet taken action on either of the pleadings that Counsel for Scott Panetti filed.

Respectfully submitted,

*s/ Gregory W. Wiercioch*
GREGORY W. WIERCIOCH

Counsel for Petitioner Scott Louis Panetti
Texas Bar No. 00791925

Frank J. Remington Center
University of Wisconsin Law School
975 Bascom Mall
Madison, Wisconsin 53706
wiercioch@wisc.edu
(832) 741-6203
(608) 263-3380 (FAX)

Maureen Scott Franco
Federal Public Defender

*s/ Tivon Schardl*
TIVON SCHARDL

Counsel for Petitioner Scott Louis Panetti
Bar Number: Florida 73016

Supervisory Federal Public Defender
Capital Habeas Unit
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 30th day of March 2021, I electronically filed the foregoing advisory with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system. A "Notice of Electronic Filing" was sent to Counsel for Respondent at the following e-mail address:

Rachel L. Patton
Assistant Attorney General
rachel.patton@oag.texas.gov

<u>*s/ Gregory W. Wiercioch*</u>