UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SCOTT LOUIS PANETTI,** § § | |
| Petitioner, § § | |
| v. § | CIVIL ACTION NO. A-04-CA-042-RP |
| § | |
| **BOBBY LUMPKIN, Director,** § | * DEATH PENALTY CASE * |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § § | |
| Respondent. § | |

### ORDER REOPENING CASE

On October 22, 2018, this Court granted Petitioner's Unopposed Motion for Stay and Abeyance to allow him to return to state court for exhaustion purposes. (ECF No. 208). For this reason, Petitioner's federal habeas proceedings were administratively closed until Petitioner returned to this Court following the conclusion of his state habeas proceedings. (ECF No. 237). On August 9, 2021, Petitioner filed an advisory with the Court stating that his state habeas proceedings had concluded.

Accordingly, it is hereby **ORDERED** that the stay and abeyance previously granted by this Court (ECF Nos. 208, 237) is **LIFTED** and this case is now **REOPENED** for administrative purposes.

**SIGNED** this 10th day of August, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE