IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SCOTT PANETTI, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. |
| § | A-04-CA-042-RP |
| BOBBY LUMPKIN, § | |
| Director, Texas Department of § | |
| Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

## PROPOSED SCHEDULING ORDER

The Court's order dated September 9, 2021, directed the parties to file a joint proposed scheduling order by September 20, 2021. ECF 242. Despite a good faith attempt, the parties have been unable to agree on such an order. Therefore, the Respondent files his proposed scheduling order for the Court's consideration herein as Exhibit A.[1]

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

---

[1] By suggesting a proposed scheduling order, the Director is not waiving any defense including, but not limited to, successiveness, limitations, or default.

JOSH RENO
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

*/s/ Rachel L. Patton*
RACHEL L. PATTON
Assistant Attorney General
Criminal Appeals Division
State Bar No. 24039030
Southern District No. 3120286

Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1600
Telecopier: (512) 320-8132
Email: Rachel.Patton@oag.texas.gov

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing filing has been served by CM/ECF upon counsel for Respondent on September 20, 2021.

*s/ Rachel L. Patton*
Rachel L. Patton