UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SCOTT LOUIS PANETTI,

        Petitioner,                      CIVIL ACTION NO. A-04-CA-042-RP

v.                                       *DEATH PENALTY CASE*

BOBBY LUMPKIN, Director,
Texas Department of Criminal Justice,
Correctional Institutions Division,

        Respondent.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    Warden, Allen B. Polunsky Unit, 3872 FM 350 South, Livingston, Texas 77351.

GREETINGS:

        You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of **Scott Louis Panetti**, **TDCJ Number 00999164,** for appearance in the above-styled cause on **October 24, 2022**, at **9:00 a.m.** in Austin, Texas, and there to remain in custody of the said Marshal, or duly authorized representative, during the evidentiary hearing in the above-styled cause, and upon termination of such hearing to return the said **Scott Louis Panetti** to the custody of the Warden, Allen B. Polunsky Unit.  That custody shall be transferred in Austin, Texas.  See <u>Pennsylvania Bureau of Correction v. United States Marshal Service,</u> 106 S.Ct. 355 (1985).

1

      This Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance.

      HEREIN FAIL NOT, but make due return to this Writ.

      WITNESS, the Honorable Robert Pitman, United States District Judge, Western District of Texas, and the Seal of this Court hereto affixed this 31st day of August 2022

PHILIP J. DEVLIN, CLERK

By: *Jay Vicha*
Jay Vicha
Deputy Clerk