IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SCOTT LOUIS PANETTI, § | |
| *Petitioner*, § | |
| § | |
| v. § | CIVIL NO. 1:04-CV-42-RP |
| § | (Death Penalty Case) |
| BOBBY LUMPKIN, Director, § | |
| Texas Department of Criminal § | |
| Justice, Correctional Institutions § | |
| Division, § | |
| *Respondent*. § | |

**RESPONDENT'S EXPERT WITNESS LIST**

Pursuant to this Court's order, ECF No. 251 at 2, Respondent Bobby Lumpkin provides the following notice regarding the expert witness he may call at the evidentiary hearing scheduled to begin October 24, 2022:

Dr. Timothy Proctor
11882 Greenville Ave., Suite 107
Dallas, Texas 75243

As required by this Court's order, ECF No. 251 at 2, and Federal Rule of Civil Procedure 26(a)(2)(B), the undersigned is providing Petitioner's counsel with Dr. Proctor's notes, report, curriculum vitae, list of publications he has authored in the previous ten years, list of cases in which he has testified at trial or by deposition in the previous four years, as well as a statement of the compensation he is to be paid for his study and testimony in this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ Jay Clendenin
JAY CLENDENIN
Assistant Attorney General
*Counsel of Record*
State Bar No. 24059589

Post Office Box 12548, Capitol Station
Austin, Texas 78711
Tel: (512) 936-1400
jay.clendenin@oag.texas.gov

*Counsel for Respondent*

## CERTIFICATE OF SERVICE

      I do hereby certify that on September 8, 2022, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

| | |
|---|---|
| Gregory W. Wiercioch | Timothy Gumkowski |
| Univ. of Wisconsin Law School | Donna Coltharp |
| 975 Bascom Mall | Capital Habeas Unit |
| Madison, WI 53706 | Western District of Texas |
| wiercioch@wisc.edu | 919 Congress Ave., Suite 950 |
| | Austin, Texas 78701 |
| | tim_gumkowski@fd.org |
| | donn_coltharp@fd.org |

                                        s/ Jay Clendenin
                                        JAY CLENDENIN
                                        Assistant Attorney General