IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT LOUIS PANETTI,<br>   *Petitioner*, | § § § | |
| v. | § § | CIV. NO. 1:04-cv-00042-RP |
| BOBBY LUMPKIN, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions<br>Division,<br>   *Respondent*. | § § § § § | (Death Penalty Case) |

## RESPONDENT'S EXHIBIT LIST

Pursuant to this Court's prior order, ECF No. 280, Respondent provides the following notice regarding the exhibits he intends to offer at the evidentiary hearing scheduled to begin October 24, 2022.

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | Dr. Timothy Proctor – Report | | |
| 2 | Dr. Timothy Proctor – Curriculum Vitae | | |
| 3 | Dr. Timothy Proctor – Handwritten Notes (Part 1) | | |
| 4 | Dr. Timothy Proctor – Handwritten Notes (Part 2) | | |
| 5 | Dr. Timothy Proctor – Handwritten Notes (Part 3) | | |
| 6 | Dr. Timothy Proctor – Handwritten Notes (Part 4) | | |
| 7 | Audio Recording of November 4, 2014 Visitation with Affidavit | | |
| 8 | Mail Excerpts (2007 to 2022) | | |

| | | | |
|---|---|---|---|
| 9 | Texas Department of Criminal Justice Mental Health Record Excerpts (2000 to 2022) | | |
| 10 | Texas Department of Criminal Justice Clinic Notes and Mental Health Record Excerpts (1995 to 1997) | | |
| 11 | Medical Records (July 2021) | | |
| 12 | University of Texas Medical Branch Correctional Managed Health Care Policy Manual Number E-35.2 | | |
| 13 | University of Texas Medical Branch Correctional Managed Health Care Policy Manual Number E-39.1 | | |
| 14 | Cell Inventory Excerpt (September 8, 2022) | | |
| 15 | 2014 Execution Packet | | |
| 16 | December 3, 2014 Letter | | |
| 17 | Dr. Bhushan Agharkar – Report | | |
| 18 | Dr. Bhushan Agharkar – Interview Notes | | |
| 19 | Dr. Stephen Marder – Report | | |
| 20 | Dr. Lee Simes – Report (1992) | | |
| 21 | DSM-5-TR Cautionary Statement for Forensic Use of DSM-5 | | |
| 22 | DSM-5-TR Dissociative Identity Disorder | | |
| | | | |

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ Jay Clendenin
JAY CLENDENIN
Assistant Attorney General
*Counsel of Record*
State Bar No. 24059589

Post Office Box 12548, Capitol Station
Austin, Texas 78711
Tel: (512) 936-1400
jay.clendenin@oag.texas.gov
*Counsel for Respondent*

## CERTIFICATE OF SERVICE

      I do hereby certify that on October 10, 2022, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Gregory W. Wiercioch  
University of Wisconsin Law School  
975 Bascom Mall  
Madison, WI 53706  
wiercioch@wisc.edu

Donna Coltharp  
Timothy Gumkowski  
Capital Habeas Unit,  
Western District of Texas  
919 Congress Ave., Suite 950  
Austin, Texas 78701  
donna_coltharp@fd.org  
tim_gumkowski@fd.org

        s/ Jay Clendenin  
        JAY CLENDENIN  
        Assistant Attorney General