UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT LOUIS PANETTI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | Civil NO. 1:04cv-00042-RP |
| -VS- | § | *CAPITAL CASE* |
| | § | |
| | § | |
| BOBBY LUMPKIN, | § | |
| Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| | § | |
| Division, | § | |
| | § | |
| Respondent. | § | |

Petitioner Scott Louis Panetti submits, attached, his exhibit list in advance of

the evidentiary hearing to be held by this Court on October 24, 2022.

Panetti reserves the right to seek admission of additional exhibits as may be

required, in light of the Director's evidence, to fully present his case and for rebuttal to

any testimony or evidence put on by the Director.

Respectfully submitted,

/s/ *Gregory W. Wiercioch*
GREGORY W. WIERCIOCH
Counsel for Petitioner
Texas Bar No. 00791925

Frank J. Remington Center
University of Wisconsin Law School
975 Bascom Mall
Madison, Wisconsin 53706
wiercioch@wisc.edu
(832) 741-6203

(608) 263-3380 (FAX)

Timothy Gumkowski
Donna Coltharp
Counsel for Petitioner

Assistant Federal Public Defenders
Capital Habeas Unit
Western District of Texas
919 Congress Ave., Ste 950
Austin, Texas 78701
tim_gumkowski@fd.org
donna_coltharp@fd.org

MAUREEN SCOTT FRANCO
Federal Public Defender

**CERTIFICATE OF SERVICE**

I certify that, on October 10, I electronically filed this notice with the Clerk of the Court for the U.S. District Court for the Western District of Texas, using the electronic case-filing system. A "notice of Electronic Filing" was sent to Counsel for Respondent at the following email address:

Jay Clendenin
Assistant Attorney General
jay.clendenin@oag.texas.gov

Justine Isabelle Caedo Tan
Assistant Attorney General
justine.tan@oag.texas.gov

/s/*Gregory W. Wiercioch*

SCOTT LOUIS PANETTI,                    §
                *Petitioner*,            §
                              §
v.                                      §        CIVIL NO. 1:04-CV-42-RP
                              §        (Death Penalty Case)
BOBBY LUMPKIN, Director,                 §
Texas Department of Criminal            §
Justice, Correctional Institutions      §
Division,                               §
                *Respondent*.            §

## PETITIONER'S EXHIBIT INDEX, Page 1 of 5

| Exhibit # | Exhibit Description | Bates Start | Bates End |
|---|---|---|---|
| **Affidavits and Declarations** | | | |
| 1. | Alvardao, Sonja - Unsigned | 000001 | 000005 |
| 2. | Douglass, S. Preston – July 28, 1999 | 000006 | 000007 |
| 3. | Dow, David – February 3, 2004 | 000008 | 000010 |
| 4. | Hildebrand, Ray – June 19, 1997 | 000011 | 000019 |
| 5. | McBride, Jessica – August 16, 1999 | 000020 | 000023 |
| 6. | Monroe, Scott – July 26, 1999 | 000024 | 000035 |
| 7. | Mosty, Richard - 1999 | 000036 | 000038 |
| 8. | Panetti, Jane – May 16, 1985 | 000039 | 000041 |
| 9. | Panetti, Louis – August 30, 1999 | 000042 | 000045 |
| 10. | Panetti, Marcia – July 24, 1999 | 000046 | 000048 |
| 11. | Panetti, Thomas – June 13, 1997 | 000049 | 000050 |
| 12. | Panetti, Victoria – August 28, 1999 | 000051 | 000054 |
| 13. | Panetti, Yvonne – August 30, 1999 | 000055 | 000061 |
| 14. | Rowland, John – June 23, 1999 | 000062 | 000065 |
| 15. | Selk, Wolfgang – June 9, 1997 | 000066 | 000074 |
| 16. | Solbrig, Meridel - June 2, 1997 | 000075 | 000077 |
| **Audio Transcripts** | | | |
| 17. | Jack and Yvonne Panetti Visit – December 4, 2007, Audiotape 30a | 000078 | 000159 |
| 18. | Jack and Yvonne Panetti Visit – December 4, 2007, Audiotape 30b | 000160 | 000235 |
| 19. | Jack and Yvonne Panetti Visit – December 10, 2007, Audiotape 32 | 000236 | 000313 |
| 20. | Jack and Yvonne Panetti Visit – December 10, 2007, Audiotape 32 | 000314 | 000385 |
| 21. | Jack and Yvonne Panetti Visit – December 10, 2007, Audiotape 42 | 000386 | 000405 |
| 22. | Jack and Yvonne Panetti Visit – December 17, 2007, Audiotape 49 | 000406 | 000483 |
| 23. | Jack and Yvonne Panetti Visit – December 17, 2007, Audiotape 49 | 000484 | 000543 |

SCOTT LOUIS PANETTI,      §
          *Petitioner*,     §
                    §
v.                     §        CIVIL NO. 1:04-CV-42-RP
                    §        (Death Penalty Case)
BOBBY LUMPKIN, Director,   §
Texas Department of Criminal   §
Justice, Correctional Institutions  §
Division,                 §
          *Respondent*.   §

## PETITIONER'S EXHIBIT INDEX, Page 2 of 5

| Exhibit # | Exhibit Description | Bates Start | Bates End |
|---|---|---|---|
| 24. | Jack and Yvonne Panetti Visit – December 4, 2007, Audiotape 50a | 000544 | 000583 |
| 25. | Kathryn Cox Visit – December 28, 2007, Audiotape 52a | 000584 | 000645 |
| 26. | Kathryn Cox Visit – December 28, 2007, Audiotape 52b | 000646 | 000699 |
| 27. | Jack and Yvonne Panetti Visit – January 4, 2008, Audiotape 56a | 000700 | 000769 |
| 28. | Jack and Yvonne Panetti Visit – January 4, 2008, Audiotape 56b | 000770 | 000849 |
| **Depositions** | | | |
| 29. | Barger, Janet – January 19, 2008 | 000850 | 001003 |
| 30. | Ford, Lashondra – January 19, 2008 | 001004 | 001057 |
| 31. | Jackson, Stephanie – August 10, 2022 | 001058 | 001130 |
| 32. | Rosenstein, Leslie – January 10, 2008 | 001131 | 001290 |
| 33. | Roy, Julia – January 19, 2008 | 001291 | 001337 |
| **Hearing Transcripts** | | | |
| 34. | Testimony of Dr. Anderson, Mary – September 7, 2004 | 001338 | 001363 |
| 35. | Testimony of Dr. Conroy, Mary – September 7, 2004 | 001364 | 001426 |
| 36. | Testimony of Dr. Cunningham, Mark – September 7, 2004 | 001427 | 001440 |
| 37. | Major Miller, Steven – September 7, 2004 | 001441 | 001462 |
| 38. | Testimony of Dr. Parker, George – September 7, 2004 | 001463 | 001501 |
| 39. | Testimony of Dr. Rosin, Susana – September 7, 2004 | 001502 | 001522 |
| 40. | Testimony of Dr. Silverman, Seth – September 7, 2004 | 001523 | 001541 |
| 41. | Ford Hearing, Volume 1, February 5, 2008 | 001542 | 001771 |
| 42. | Ford Hearing, Volume 2, February 6, 2008 | 001772 | 001960 |

SCOTT LOUIS PANETTI,              §
    *Petitioner*,          §
          §
v.          §   CIVIL NO. 1:04-CV-42-RP
          §   (Death Penalty Case)
BOBBY LUMPKIN, Director,          §
Texas Department of Criminal      §
Justice, Correctional Institutions §
Division,                         §
    *Respondent*.          §

### PETITIONER'S EXHIBIT INDEX, Page 3 of 5

| Exhibit # | Exhibit Description | Bates Start | Bates End |
|---|---|---|---|
| | **Hospital Records and Summaries** | | |
| 43. | Brooke Army Medical Center – June 28, 1978 | 001961 | 002074 |
| 44. | Cumberland Memorial Hospitalization Summary – August 26, 1986 | 002075 | 002079 |
| 45. | Kerrville State Hospitalization Summary – 1981 thru 1990 | 002080 | 002090 |
| 46. | Kerrville State Hospitalization Summary – October 16, 1986, thru November 28, 1986 | 002091 | 002092 |
| 47. | Kerrville State Hospitalization Summary – December 29, 1986, thru January 25, 1993 | 002093 | 002099 |
| 48. | Kerrville State Hospitalization Summary – July 8, 1991 | 002100 | 002101 |
| 49. | Starlight Village Hospitalization Summary – April 1, 1986 | 002102 | 002102 |
| 50. | Starlight Village Hospitalization Summary – April 18, 1986 | 002103 | 002104 |
| 51. | Starlight Village Hospitalization Summary – April 28, 1986 | 002105 | 002105 |
| 52. | Starlight Village Hospitalization Summary – October 5, 1986 | 002106 | 002109 |
| 53. | Starlight Village Medical Records | 002110 | 002332 |
| 54. | Tomah Veterans Affairs Medical Center Hospitalization Summary – May 15, 1986 | 002333 | 002336 |
| 55. | Waco Veterans Affairs Medical Center Hospitalization Summary – May 15, 1986 | 002337 | 002339 |
| 56. | University of Texas Medical Branch – February 28, 1996 | 002340 | 002344 |
| 57. | University of Texas Medical Branch – February 15, 2007 | 002345 | 002447 |
| 58. | University of Texas Medical Branch – September 26, 1995, thru September 16, 1999 | 002448 | 002520 |

SCOTT LOUIS PANETTI,　　　　　§
　　　　　　　　*Petitioner*,　　　　§
　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　§　　　　CIVIL NO. 1:04-CV-42-RP
　　　　　　　　　　　　　　　　§　　　　(Death Penalty Case)
BOBBY LUMPKIN, Director,　　　§
Texas Department of Criminal　　§
Justice, Correctional Institutions　§
Division,　　　　　　　　　　　§
　　　　　　　　*Respondent*.　　§

## PETITIONER'S EXHIBIT INDEX, Page 4 of 5

| Exhibit # | Exhibit Description | Bates Start | Bates End |
|---|---|---|---|
| 59. | University of Texas Medical Branch – January 1, 2018, thru August 17, 2021 | 002521 | 002721 |
| 60. | University of Texas Medical Branch – August 1, 2021, thru June 8, 2022 | 002722 | 002761 |
| **Mental Health Records – Texas Department of Criminal Justice** | | | |
| 61. | Mental Health Notes – October 26, 1995, thru August 29, 1997 | 002762 | 002798 |
| 62. | Jester IV Admission Record – December 19, 1995 | 002799 | 002800 |
| 63. | Jester IV Discharge Summary – September 29, 1997, thru October 8, 1997 | 002801 | 002801 |
| 64. | Mental Health Follow-up – May 25, 2004 | 002802 | 002802 |
| 65. | University of Texas Medical Branch – January 1, 2018, thru August 17, 2021 | 002803 | 002887 |
| 66. | University of Texas Medical Branch – August 1, 2021, thru June 22, 2022 | 002888 | 002906 |
| 67. | Restrictive Housing Assessment – August 2, 2022 | 002907 | 002911 |
| **Records** | | | |
| 68. | Military Records | 002912 | 003001 |
| **Reports** | | | |
| 69. | 1988 Evaluation by Dr. Sam Benbow | 003002 | 003005 |
| 70. | 1992 Report of Dr. Lee Simes | 003006 | 003010 |
| 71. | 1997 Evaluation by Dr. Michael Arambula | 003011 | 003017 |
| 72. | 2004 Report of Dr. Mark Cunningham | 003018 | 003020 |
| 73. | 2004 Report of George Parker, Ph.D. and Mary Anderson, M.D. | 003021 | 003025 |
| 74. | 2007 Report of Dr. Mary Alice Conroy | 003026 | 003031 |
| 75. | 2007 Priscilla Ray Report | 003032 | 003052 |
| 76. | 2007 Leslie Rosenstein Report | 003053 | 003057 |
| 77. | 2007 Thomas Allen Report | 003058 | 003064 |
| 78. | 2007 David Self Report | 003065 | 003071 |

SCOTT LOUIS PANETTI,            §
                    *Petitioner*,      §
                                       §
v.                                     §            CIVIL NO. 1:04-CV-42-RP
                                       §            (Death Penalty Case)
BOBBY LUMPKIN, Director,        §
Texas Department of Criminal    §
Justice, Correctional Institutions §
Division,                              §
                    *Respondent*.     §

## PETITIONER'S EXHIBIT INDEX, Page 5 of 5

| Exhibit # | Exhibit Description | Bates Start | Bates End |
|---|---|---|---|
| **1994 Competency to Stand Trial** | | | |
| 79. | Volume 8 of 43 Volumes – First Competency Trial 1994 | 003072 | 003235 |
| 80. | Volume 9 of 43 Volumes – First Competency Trial 1994 | 003236 | 003397 |
| 81. | Volume 10 of 43 Volumes – First Competency Trial 1994 | 003398 | 003454 |
| 82. | Volume 12 of 43 Volumes – Second Competency Trial 1994 | 003455 | 003602 |
| 83. | Volume 12 of 43 Volumes – Second Competency Trial 1994 | 003603 | 003812 |
| 84. | Competency Trial – Mental Health Records | 003813 | 004312 |
| 85. | Jail Records | 004313 | 004422 |
| 86. | Photo of August 2022 Calendar | 004423 | 004423 |
| **2022 Reports and Evaluations** | | | |
| 87. | Dr. Bhushan Agharkar Report | 004424 | 004437 |
| 88. | Dr. Mark Cunningham Report | 004438 | 004443 |
| 89. | Dr. Steven Marder Report | 004444 | 004451 |
| 90. | Dr. Timothy Proctor | 004452 | 004495 |
| 91. | OAG Discovery, 2022.03.31 Grievances | | |
| 92. | OAG Discovery, 2022.07.06 to 2022.09.22 (Panetti Mail) | | |
| 93. | OAG Discovery, 2022.09.25 (Panetti Mail) | | |
| 94. | OAG Discovery, 2022.05.01 to 2022.09.26 (TDCJ Medical Records) | | |
| 95. | OAG 2022 Discovery (2014 Execution Packet) | | |
| 96. | Photo Taken OAG of Scott Panetti's Cell | | |
| 97. | Photo of Cell Door, Polunsky Unit | | |
| 98. | Dr. Shawn Agharkar, Written Interview Notes, 2022.09.22 and 2022.09.29 | | |