UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Scott Louis Panetti §
 §   CIVIL NO:
vs. §   AU:04-CV-00042-RP
 §
Bobby Lumpkin §

# LIST OF WITNESSES

| BY | PETITIONER | BY | RESPONDENT |
|---|---|---|---|
| 1. | Dr. Stephen Marder | 1. | Sgt Mathew Ruble |
| 2. | Jacqueline Maenius | 2. | Sgt. Rachel Barker |
| 3. | Dr. ShawnAgharkar | 3. | Sgt Shawn Dorman |
| 4. | Dr. Mark Cunningham | 4. | Dr. Timothy Proctor |
| 5. | Rebuttal- Dr. Agharkar | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |