UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT LOUIS PANETTI<br><br>Petitioner,<br><br>V.<br><br>BOBBY LUMPKIN,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division<br><br>Respondent. | § § § § § § § § § § § § § § § § | Case No.<br>1:04-CV-00042-RP<br><br>*Capital Case* |

**NOTICE OF WITHDRAW OF COUNSEL OF RECORD**

Undersigned counsel, Timothy P. Gumkowski, files this Notice of Withdrawal of Counsel of Record for Petitioner Scott Louis Panetti and, in support, states the following:

Undersigned counsel represented Mr. Panetti pursuant to his employment as an attorney with the Capital Habeas Unit of the Office of the Federal Public Defender for the Western District of Texas ("the Federal Defender Office"). Undersigned counsel has since left the Federal Defender Office and is now employed by the Innocence Project located in New York. Mr. Panetti continues to be represented by Gregory Wiercioch of the Frank J. Remington Center at the University of Wisconsin Law School and Donna Coltharp of the Federal Defender Office. Additionally, counsel Amy Fly of the Federal Defender Office will be filing

1

her Notice of Appearance in the above captioned case today. Therefore, there is good cause to permit undersigned counsel's withdrawal.

DATED: February 7, 2022               Respectfully submitted,

                                      /s/ Timothy P. Gumkowski
                                      Timothy P. Gumkowski
                                      Texas Bar Number: 24104788
                                      Senior Staff Attorney
                                      Innocence Project
                                      40 Worth Street, Suit 701
                                      New York, New York 10013
                                      tgumkowski@innocenceproject.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, the foregoing Notice of Withdrawal of Counsel of Record was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Jay D. Clendenin
>Assistant Attorney General
>P.O. Box 12548
>Austin, Texas 78711
>(512) 936-1280
>Jay.clendenin@oag.texas.gov

/s/ Timothy P. Gumkowski